**COM.**

v.

**HICKOX, J.**

**1882 MDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–14–CR–0001270–2010 (Centre)

Affirmed

■

**COM.**

v.

**COOL, J.**

**1925 MDA 2016**

Superior Court of Pennsylvania.

7/18/2017

CP–40–CR–0001360–2015 (Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

■

**COM.**

v.

**FULK, E.**

**2037 MDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–38–CR–0000414–2016, CP–38–CR–0000416–2016 (Lebanon)

Affirmed

■

**COM.**

v.

**MEAD, C., Jr.**

**67 MDA 2017**

Superior Court of Pennsylvania.

07/18/2017

CP–54–CR–0000306–2012 (Schuylkill)

Affirmed